**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

Case:19-10855-SDB Doc#:28-1 Filed:02/27/20 Entered:02/27/20 12:56:05 Page:1 of 1